# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORTH CENTRAL FLINTS HILLS ) <br>   AREA AGENCY ON AGING, INC. ) <br> ) <br>              Plaintiff ) <br>   v. ) <br> ) <br> STEPPING STONES UNLIMITED, LLC, ) <br> a Kansas Limited Liability Company, ) <br>     and ) <br> DEBRA KELLEY, CAROLYN STEVER, ) <br> and LYNDA BURT, ) <br> individuals, ) <br>              Defendants. ) <br> _____ ) | Case No. 5:09-CV-04130-RDR-KGS |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

NOW on this 5th day of October, 2010, the above-captioned matter comes to this Court for consideration of Plaintiff's Agreed Motion for Extension of Time (Doc. No. 56) in which to serve its response to Defendants' Motion For Partial Summary Judgment (Doc. No. 51). The parties appear by and through their respective counsel of record.

WHEREUPON, upon review of the file and being well and fully advised, the Court finds Plaintiff's Motion should be and is hereby granted.

Accordingly, and for good cause shown,

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the Plaintiff's response to Defendant's Motion For Partial Summary Judgment is due on or before October 31, 2010.

IT IS SO ORDERED.

                                              s/Richard D. Rogers
                                              United States District Judge

PREPARED AND APPROVED BY:

s/ Cody G. Robertson_____
Nathan D. Leadstrom - #20294
Cody G. Robertson - #22945
GOODELL, STRATTON, EDMONDS
  & PALMER, L.L.P.
515 S. Kansas Avenue
Topeka, KS 66603
(785) 233-5093
(785) 233-8870 (fax)
nleadstrom@gseplaw.com
grobertson@gseplaw.com
Attorneys for Plaintiff

APPROVED BY:

s/ Gary D. White, Jr._____
Gary D. White, Jr.
Dustin L. Van Dyk
PALMER, LEATHERMAN, WHITE
  & DALTON, LLP
2348 SW Topeka Blvd.
Topeka, KS 66611
(785) 233-1836
(785) 233-3703 (fax)
gwhite@jpalmerlaw.com
dvandyk@jpalmerlaw.com
Attorney for Defendants